**DARIN M. SANDS**, Bar No. 257363
sandsd@lanepowell.com
**BARBARA J. DUFFY**, *Admitted Pro Hac Vice*
duffyb@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone:  503.778.2100
Facsimile:  503.778.2200

Attorneys for Defendant
UNITED HEALTHCARE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW HARRIS, | Case No. 2:11-CV-00308-FCD-GGH |
| Plaintiff, | **STIPULATION AND ORDER TO RESET HEARING DATE ON MOTIONS FOR JUDGMENT ON THE PLEADINGS** |
| v. | |
| VENTYX INC. and UNITED HEALTHCARE INSURANCE COMPANY, | Current Date:  June 10, 2011<br>Time:  10 a.m.<br>Ctrm:  2 |
| Defendants. | Honorable Frank C. Damrell, Jr. |

### I. **STIPULATION**

Defendant United Healthcare Insurance Company requests that the Court reset the hearing date on defendants Ventyx Inc. and United Healthcare Insurance Company's motions for judgment on the pleadings from June 10, 2011, to June 24, 2011.  Counsel for United has conferred with counsel for Ventyx Inc. and plaintiff Matthew Harris and both agree to and stipulate to this request.  This request is made because counsel for United is expecting his first child to be on or around June 7, 2011.  Plaintiff has requested that the briefing schedule be adjusted to account for the new hearing date and neither defendant opposes this request.

DATED: May 9, 2011.

LANE POWELL PC

By    *s/ Darin M. Sands*
  Darin M. Sands
  Barbara J. Duffy
Attorneys for Defendant
UNITED HEALTHCARE INSURANCE COMPANY

MORGAN, LEWIS & BOCKIUS LLP

By    *s/ Melissa D. Hill*
  S. Bradley Perkins
  Brian T. Ortelere
  Melissa D. Hill
Attorneys for Defendant
VENTYX INC.

JOSEPH AND COHEN, A PROFESSIONAL CORP.

By    *s/ Jonathan M. Cohen*
  Jonathan M. Cohen
Attorneys for Plaintiff
MATTHEW HARRIS

## II. ORDER

IT IS HEREBY ORDERED that the hearing date on defendant Ventyx Inc. and defendant United Healthcare's motions for judgment be reset from June 10, 2011, to June 24, 2011.

DATED this 9th day of May, 2011.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE