1  **DARIN M. SANDS**, Bar No. 257363
   sandsd@lanepowell.com
2  **BARBARA J. DUFFY**, *Admitted Pro Hac Vice*
   duffyb@lanepowell.com
3  **LANE POWELL PC**
4  601 SW Second Avenue, Suite 2100
   Portland, Oregon 97204-3158
5  Telephone: 503.778.2100
   Facsimile: 503.778.2200
6
7  Attorneys for Defendant
   UNITED HEALTHCARE INSURANCE COMPANY
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MATTHEW HARRIS, | Case No. 2:11-CV-00308-FCD-GGH |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO RESET HEARING DATE ON MOTIONS FOR JUDGMENT ON THE PLEADINGS** |
| v. | |
| VENTYX INC. and UNITED HEALTHCARE INSURANCE COMPANY, | Current Date: June 24, 2011<br>Time: 10 a.m.<br>Ctrm: 2 |
| Defendants. | Honorable Frank C. Damrell, Jr. |

### I. STIPULATION

Defendant United Healthcare Insurance Company ("United Healthcare") requests that the Court reset the hearing date on defendants Ventyx Inc. ("Ventyx") and United Healthcare's motions for judgment on the pleadings from June 24, 2011, to August 5, 2011. Counsel for United Healthcare has conferred with counsel for Ventyx and plaintiff Matthew Harris and both agree to and stipulate to this request. Though the parties previously requested a hearing date of June 24, 2011, it subsequently became apparent that counsel for United Healthcare and for plaintiff have conflicts on that date. Plaintiff has requested that the briefing schedule be adjusted to account for the new

1

1  hearing date and neither defendant opposes this request.

2  DATED:  May 23, 2011

3  LANE POWELL PC

5  By  *s/ Darin M. Sands*
6  Darin M. Sands
   Barbara J. Duffy
7  Attorneys for Defendant
   UNITED HEALTHCARE INSURANCE
8  COMPANY

9  MORGAN, LEWIS & BOCKIUS LLP

11  By  *s/ Melissa D. Hill*
12  S. Bradley Perkins
    Brian T. Ortelere
    Melissa D. Hill
13  Attorneys for Defendant
    VENTYX INC.

15  JOSEPH AND COHEN, A PROFESSIONAL CORP.

17  By  *s/ Jonathan M. Cohen*
18  Jonathan M. Cohen
    Attorneys for Plaintiff
    MATTHEW HARRIS

21  **II.  ORDER**

22  IT IS HEREBY ORDERED that the hearing date on defendants Ventyx and United Healthcare's motions for judgment on the pleadings be reset from June 24, 2011, to August 5, 2011.

25  DATED this 23rd day of May 2011.

27  FRANK C. DAMRELL, JR.
    UNITED STATES DISTRICT JUDGE